445 A.2d 199

Commonwealth v. Kent a/k/a Wright, Appellants.

Submitted January 19, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence dated May 8, 1981 is affirmed.

445 A.2d 200

Commonwealth v. Knighton, Appellant.

Submitted March 10, 1981. Margaret H. Poswistilo, Assistant Public Defender, for appellant; Nicholas E. Englesson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.